UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| RONALD WESLEY SPENCE, JR., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 1:24-CV-054-TRM-SKL |
| | ) | | |
| CERION CARSON and MICHAEL CRAIG, | ) | | |
| | ) | | |
| | ) | | |
| Defendants. | ) | | |

**MEMORANDUM OPINION**

This is an action for violation of 42 U.S.C. § 1983 in which Plaintiff, through counsel, alleges that Defendants Craig and Carson used excessive force against him in the Hamilton County Jail (Doc. 14). On December 9, 2025, the Court entered a memorandum and order in which it, in relevant part, (1) granted former Defendant Hamilton County summary judgment on Plaintiff's § 1983 claims against it due to Plaintiff's failure to exhaust those claims prior to filing this action and (2) ordered Plaintiff to show good cause as to why the Court should not dismiss his remaining claims against the individual Defendants due to his failure to exhaust those claims prior to filing this action (Doc. 90 p. 6–10, 15, 17). Plaintiff has not responded to this order, and his time for doing so has passed.

Accordingly, due to Plaintiff's apparent lack of opposition to the Court dismissing his remaining claims against the individual Defendants due to his failure to exhaust those claims prior to him filing this action and for the same reasons the Court found that Plaintiff had not exhausted his § 1983 claims against Hamilton County prior to filing this action in its previous order (*Id.* at 6–10, 15), the Court finds that Plaintiff failed to exhaust his administrative remedies

for his § 1983 claims against the individual Defendants prior to filing this action, and the Court will therefore **DISMISS** Plaintiff's remaining claims and close this case.

**AN APPROPRIATE JUDGMENT ORDER WILL ENTER.**

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**